# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 840 |
| | : | |
| APPOINTMENT TO THE JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2020, the Reverend James P. McCloskey, Ph.D.,* Allegheny County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing June 20, 2020.

\* Non-lawyer elector